# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-08581-GW (AS) | Date | December 7, 2018 |
|---|---|---|---|
| Title | Ben Orlando Martin v. Kang Hak Lee and K. Johnson | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

On April 13, 2018, the Court issued an order dismissing Plaintiff's Second Amended Complaint with leave to amend. (Docket Entry No. 25). Plaintiff was directed to "file a Third Amended Complaint no later than 30 days from the date of th[e] Order." (Id. at 14). Plaintiff was "explicitly cautioned that failure to timely file a Third Amended Complaint, or failure to correct the deficiencies described [in the Order], may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." (Id. at 15).

When Plaintiff failed to comply, on June 26, 2018, the Court issued an Order to Show Cause re Lack of Prosecution. ("OSC," Docket Entry No. 26). The OSC directed Plaintiff to show cause, no later than July 26, 2018, why this action should not be dismissed with prejudice for failure to prosecute. (Id. at 1). Plaintiff was advised that the OSC would be discharged upon the filing of a Third Amended Complaint that cures the deficiencies in the last pleading or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Third Amended Complaint. (Id.). Plaintiff was warned that the failure to timely respond would "result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders." (Id. at 2).

Plaintiff subsequently requested an extension of time, which the Court granted. (Docket Entry Nos. 27, 28). On September 24, 2018, Plaintiff filed a second motion for an extension of time. (Docket Entry No. 29). The Court granted the motion on September 25, 2018, ordering

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-08581-GW (AS) | Date | December 7, 2018 |
|---|---|---|---|
| Title | Ben Orlando Martin v. Kang Hak Lee and K. Johnson | | |

Plaintiff to file his Third Amended Complaint by November 26, 2018. (Docket Entry No. 30). The Order stated that no further extensions would be granted "absent extraordinary circumstances." (Id. at 1).

To date, Plaintiff has failed to file a Third Amended Complaint, or requested a further extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **January 4, 2019**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Third Amended Complaint that cures the deficiencies in the last pleading or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Third Amended Complaint. <u>A copy of the Court's April 13, 2018 Order is attached for Plaintiff's convenience.</u>

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). <u>A notice of dismissal form is attached for Plaintiff's convenience.</u> Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: George Wu
    United States District Judge

|  | 0 : 00 |
|---|---|
|  | Initials of Preparer    CC |