**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| BEN ORLANDO MARTIN, | ) Case No. CV 16-8581-GW (AS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| KANG HAK LEE and K. JOHNSON, | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 3, 2020.

GEORGE H. WU
UNITED STATES DISTRICT JUDGE